## 36343. TŪRNER v. TURNER.

The judgment of the trial court is affirmed without opinion pursuant to Rule 59. See *Stokes v. Stokes,* 246 Ga. 765 (1980).

---

DECIDED DECEMBER 3, 1980.

*Charles A. Mullinax,* for appellant.
*G. Hughel Harrison,* for appellee.

